FILED

2013 SEP -4   AM 10:46

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
RIVERSIDE

BY:_____

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

GB INLAND PROPERTIES II,
LLC,

                    Plaintiff,

          vs.

ABEL LOPEZ, et al.,

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 13-6223-UA (DUTYx)

ORDER SUMMARILY REMANDING
IMPROPERLY-REMOVED ACTION

18
19

        The Court will remand this unlawful detainer action to state court
summarily because defendant removed it improperly.

20
21
22
23
24

        On August 23, 2013, defendant Charles Spain, having been sued in what
appears to be a routine unlawful detainer action in California Superior Court,
lodged a Notice of Removal of that action to this Court, and also presented an
application to proceed in forma pauperis.[1]  The Court has denied the latter
application under separate cover because the action was not properly removed.  To

25

26
27
28

        [1]        As noted in the Order Denying Defendant's Request to Proceed
Without Prepayment of Filing Fee, Charles Spain is not actually named as a
defendant in the Complaint to be removed.  For purposes of this order, the Court
assumes that he is one of the unnamed Doe defendants.

1

1  prevent the action from remaining in jurisdictional limbo, the Court issues this
2  Order to remand the action to state court.

3       Simply stated, plaintiff could not have brought this action in federal court in
4  the first place, in that defendant does not competently allege facts supplying either
5  diversity or federal question jurisdiction, and therefore removal is improper. 28
6  U.S.C. § 1441(a); *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546,
7  563, 125 S. Ct. 2611, 162 L. Ed. 2d 502 (2005). Here, defendant has asserted both
8  federal question and diversity jurisdiction as his basis for removal. But as
9  described in more detail in the Order Denying Defendant's Request to Proceed
10 Without Prepayment of Filing Fee, because the unlawful detainer action to be
11 removed does not actually raise any federal claim, and because the amount in
12 controversy does not exceed $75,000, there is no basis to assert either federal
13 question or diversity jurisdiction. *See* 28 U.S.C. §§ 1331, 1332, 1441.

14       Accordingly, IT IS ORDERED that: (1) this matter be REMANDED to the
15 Superior Court of California, Los Angeles County, Long Beach/South District,
16 415 W. Ocean Blvd., Rm. 209, Long Beach, CA 90802, for lack of subject matter
17 jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified
18 copy of this Order to the state court; and (3) that the Clerk serve copies of this
19 Order on the parties.

20
21
22 DATED:   8/30/13
23                          HONORABLE GEORGE H. KING
                            CHIEF UNITED STATES DISTRICT JUDGE
24
25
26
27
28

2